*Pro Se* Prisoner Civil Rights Litigation Early Mediation Program

## REPORT FOLLOWING EARLY MEDIATION

| Case Number | Case Caption | Date of Mediation Session |
|---|---|---|
| 1:24-cv-383 | Damian May v Emily Minnick etal | 10/28/2024 |

### APPEARANCES

**Counsel**

| Attorney | Representing: |
|---|---|
| Allan J. Soros | Defendants |
|  |  |
|  |  |
|  |  |

**Party Participants**

| Name | Party (Plaintiff/Defendant) | Role |
|---|---|---|
| Damian May | Plaintiff |  |
| Tracey Raquepaw | Defendant MDOC | MDOC Representative |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### RESULT

☐ **Case Settled**

✓ **Case Not Settled – Mediation Completed**

Dated: 10/28/2024          Mediator: Thomas R. Behm